```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 20156
    ALVIN BERNARD BYRD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
     SSN XXX-XX-9458


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/01/2005 and was not confirmed.

     The case was converted to chapter 7 without confirmation 04/10/2006.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
BARRY A CHATZ              ADMINISTRATIV    1500.00            .00           .00
US BANK                    SECURED          4875.00            .00           .00
US BANK                    UNSEC W/INTER NOT FILED             .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED             .00           .00
BLITT & GAINES             NOTICE ONLY   NOT FILED             .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED             .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED             .00           .00
CITI FINANCIAL~            UNSEC W/INTER NOT FILED             .00           .00
FINANCIAL ASSET MANAGEME   UNSEC W/INTER NOT FILED             .00           .00
HOUSEHOLD BANK             UNSEC W/INTER NOT FILED             .00           .00
JC PENNEY                  UNSEC W/INTER NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     624.46            .00           .00
MERRICK BANK               NOTICE ONLY   NOT FILED             .00           .00
NCO FINANCIAL SYSTEMS IN   UNSEC W/INTER NOT FILED             .00           .00
PLAZA ASSOCIATES           UNSEC W/INTER NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER NOT FILED             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER NOT FILED             .00           .00
PRA AG FUNDING LLC         UNSEC W/INTER NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     869.22            .00           .00
TARGET                     UNSEC W/INTER NOT FILED             .00           .00
MEYER & NJUS               NOTICE ONLY   NOT FILED             .00           .00
HOME DEPOT                 UNSEC W/INTER NOT FILED             .00           .00
US BANK                    UNSEC W/INTER NOT FILED             .00           .00
WALMART                    UNSEC W/INTER NOT FILED             .00           .00
GREGORY K STERN            ATTORNEY        3878.90             .00        236.00
B-FIRST LLC                UNSEC W/INTER   1098.53             .00           .00
LEDFORD & WU               DEBTOR ATTY        .00                            .00
TOM VAUGHN                 TRUSTEE                                         14.00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     250.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 20156 ALVIN BERNARD BYRD
```

```
PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   236.00
TRUSTEE COMPENSATION                                              14.00
DEBTOR REFUND                                                       .00
                                 ---------------   ---------------
TOTALS                                    250.00            250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 08/01/06                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                    PAGE   2
            CASE NO. 05 B 20156 ALVIN BERNARD BYRD