# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 05-20156    JPC    Judge: JACQUELINE P. COX    Trustee Name: BARRY A. CHATZ
Case Name: BYRD, ALVIN B.    Date Filed (f) or Converted (c): 04/10/06 (c)
    341(a) Meeting Date: 05/25/06
For Period Ending: 11/30/07    Claims Bar Date: 08/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon DA=§554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY 6602 South Justice, Chicago, IL - debtor owns 6/7ths interest | 165,666.00 | 52,500.00 | | 52,500.00 | FA |
| 2. CHECKING ACCOUNT Checking account - Marquette Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNITURE Misc. household goods: sofa, loveseat, 2 televisions, vcr, refrigerator, stove, microwave | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL Used personal clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. INSURANCE POLICIES Term life insurance policy - no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 6. RETIREMENT PLANS Pension with Greenboro Assoc. - 100% Exempt | Unknown | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILES 1996 Chrysler Concorde (82,000 miles) | 4,875.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 288.65 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 172,441.00 | $ 52,500.00 | | $ 52,788.65 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/07    Current Projected Date of Final Report (TFR): 12/31/07

LFORM1    Ver: 11.80