LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE  
120 S. RIVERSIDE PLAZA  
SUITE 1200  
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 1

BAC

**Our Matter #  18003-0096       ALVIN BERNARD BYRD**

FOR PROFESSIONAL SERVICES RENDERED THROUGH December 14, 2007

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 08/10/05 | BYRD - OFFICE CONFERENCE WITH B. CHATZ REGARDING COMPS FOR ALVIN BYRD; CONFERENCE CALL TO GREG STERN; PREPARE CORRESPONDENCE AND FAX INFORMATION TO GREG STERN. | LOLA A. NESTERUK | 1.20 hr. |
| 08/30/05 | REVIEW CLAIMS BAR DATE NOTICE; CALENDAR SAME. | LOLA A. NESTERUK | 0.10 hr. |
| 08/30/05 | REVIEW FILE, DOCKET AND UPDATE B. CHATZ STATUS REPORT. | LOLA A. NESTERUK | 0.10 hr. |
| 09/13/05 | REVIEW STATUS OF BYRD CASE. | LOLA A. NESTERUK | 0.20 hr. |
| 11/18/05 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 12/22/05 | REVIEW DOCKET REGARDING STATUS OF CASE; REVIEW ORDER ENTERED ON DEC 1 CONVERTING CASE; REVIEW TRUSTEE'S ADMINISTRATIVE CLAIM FILED; UPDATE MONTHLY STATUS REPORT | LOLA A. NESTERUK | 0.30 hr. |
| 04/25/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 06/13/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS AND THE ENTRY OF DISCHARGE ORDER. | BARRY A. CHATZ | 0.20 hr. |
| 06/13/06 | REVIEW E-MAIL FROM BARRY CHATZ REGARDING DISCHARGE ENTERED; MULTIPLE TELEPHONE CONFERENCES WITH CLERK'S OFFICE REGARDING SAME | LOLA A. NESTERUK | 0.30 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE  
120 S. RIVERSIDE PLAZA  
SUITE 1200  
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 2

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 07/07/06 | REVIEW E-MAIL FROM GREG STERN REGARDING DATE TO OBJECT TO DISCHARGE; REVIEW DOCKET; PREPARE E-MAIL TO GREG STERN REGARDING ISSUE WITH DISCHARGE OF DEBTOR; FURTHER E-MAILS FROM AND TO GREG STERN REGARDING SAME | LOLA A. NESTERUK | 0.60 hr. |
| 07/31/06 | REVIEW CASE STATUS; CONFERENCE WITH BAC REGARDING SAME; UPDATE MONTHLY STATUS REPORT | LOLA A. NESTERUK | 0.20 hr. |
| 08/04/06 | BYRD - EXECUTIVE LISTING AGREEMENT. | BARRY A. CHATZ | 0.20 hr. |
| 08/08/06 | BYRD - REVIEW CORRESPONDENCE RELATING TO CONTRACT. | BARRY A. CHATZ | 0.20 hr. |
| 08/10/06 | REVIEW CORRESPONDENCE FROM GREG STERN REGARDING EMPLOYMENT OF MILLENNIUM; REVIEW CASE STATUS; UPDATE TRUSTEE STATUS REPORT; ATTENTION TO ORDERS AND LISTING AGREEMENT | LOLA A. NESTERUK | 0.30 hr. |
| 08/23/06 | BYRD - TELEPHONE CALL WITH COUNSEL, JOHN GIERUM, TO OTHER HEIRS; TELEPHONE CALL WITH GREG STERN REGARDING SAME. | BARRY A. CHATZ | 0.50 hr. |
| 08/31/06 | BYRD - ATTEND HEARING ON SALE. | BARRY A. CHATZ | 0.80 hr. |
| 09/05/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING 9/6 HEARING. | BARRY A. CHATZ | 0.30 hr. |
| 09/11/06 | REVIEW REAL ESTATE CONTRACT RECEIVED FROM GREG STERN; REVIEW ORDER AUTHORIZING SALE; REVIEW TITLE COMMITMENT; REVIEW DEEDS FROM DEBTOR'S ATTORNEY ; REVIEW GREG STERN'S COMMENTS | LOLA A. NESTERUK | 0.50 hr. |
| 09/13/06 | BYRD - ATTEND HEARING ON SALE STATUS. | BARRY A. CHATZ | 1.00 hr. |
| 09/19/06 | BYRD - REVIEW OFFER; TELEPHONE CALL WITH COUNSEL THEREON. | BARRY A. CHATZ | 0.50 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 3

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 09/22/06 | REVIEW STATUS OF CLOSING; UPDATE TRUSTEE'S MONTHLY STATUS REPORT | LOLA A. NESTERUK | 0.10 hr. |
| 09/22/06 | BYRD - TELEPHONE CALL WITH JOHN GIERUM REGARDING DATES FOR CLOSING. | BARRY A. CHATZ | 0.50 hr. |
| 09/27/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING ISSUES ON CLOSING. | BARRY A. CHATZ | 0.20 hr. |
| 10/02/06 | CONFERENCE WITH DONALD HOLLINS REGARDING EARNEST MONEY CHECK; TELEPHONE CONFERENCE WITH BARRY CHATZ REGARDING SAME; PREPARE E-MAIL TO GREG STERN REGARDING SAME | LOLA A. NESTERUK | 0.50 hr. |
| 10/03/06 | E-MAILS TO/FROM GREG STERN REGARDING EARNEST MONEY ISSUES | LOLA A. NESTERUK | 0.40 hr. |
| 10/04/06 | REVIEW E-MAIL FROM GREG STERN REGARDING EARNEST MONEY ISSUES | LOLA A. NESTERUK | 0.10 hr. |
| 10/16/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 10/17/06 | ATTENTION TO CHECK RECEIVED REGARDING SALE OF RIGHT, TITLE & INTEREST; REVIEW DOCKET AND ORDER AUTHORIZING SALE; CONFERENCE WITH B. CHATZ RE CASE ISSUES | LOLA A. NESTERUK | 0.40 hr. |
| 10/18/06 | PREPARE CHECKS FOR DEPOSIT; REVIEW CLAIMS; OFFICE CONFERENCE WITH BARRY CHATZ REGARDING CLAIMS ISSUES; REVIEW AND ANALYZE SCHEDULES COMPARED TO CLAIMS REGISTER TO DETERMINE CREDITORS THAT DID NOT FILE CLAIMS | LOLA A. NESTERUK | 1.50 hr. |
| 10/19/06 | REVIEW CLAIMS REGISTER AND CLAIMS | LOLA A. NESTERUK | 0.60 hr. |
| 10/23/06 | PREPARE CHECK FOR DEPOSIT REGARDING BALANCE OF EARNEST MONEY FROM DONALD HOLLINS | LOLA A. NESTERUK | 0.20 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE  
120 S. RIVERSIDE PLAZA  
SUITE 1200  
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 4

| | | |
|---|---|---|
| 10/25/06 | TELEPHONE CALL FROM CREDITOR (PAULA AT PORTFOLIO) REGARDING FILING PROOF OF CLAIM | |
| | LOLA A. NESTERUK | 0.10 hr. |
| 10/31/06 | RECONCILE MONTHLY BANKING | |
| | LOLA A. NESTERUK | 0.10 hr. |
| 11/06/06 | REVIEW NUMEROUS FAXES AND CORRESPONDENCE RECEIVED AND FILE. | |
| | LOLA A. NESTERUK | 0.10 hr. |
| 11/10/06 | REVIEW E-MAIL FROM TRUSTEE TO GREG STERN REGARDING LATE FILED EXEMPTION CLAIM | |
| | LOLA A. NESTERUK | 0.10 hr. |
| 11/10/06 | BYRD - LENGTHY TELEPHONE CALL WITH G. STERN REGARDING CLOSING ISSUES ON SALE OF PROPERTY AND ISSUES RELATING TO "EXEMPTION". | |
| | BARRY A. CHATZ | 0.50 hr. |
| 11/10/06 | BYRD - P.M. TELEPHONE CALL WITH COUNSEL REGARDING FURTHER ISSUES ON CLOSING. | |
| | BARRY A. CHATZ | 0.20 hr. |
| 11/10/06 | BYRD - TELEPHONE ALL WITH JOHN GIERUM REGARDING ISSUES REGARDING EXEMPTION PAYMENT. | |
| | BARRY A. CHATZ | 0.30 hr. |
| 11/17/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS. | |
| | BARRY A. CHATZ | 0.20 hr. |
| 11/22/06 | RECONCILE/ATTEND TO OCTOBER BANKING | |
| | LOLA A. NESTERUK | 0.20 hr. |
| 11/28/06 | BYRD - TELEPHONE CALLS WITH COUNSEL TO BUYER REGARDING CASE CLOSING ISSUES. | |
| | BARRY A. CHATZ | 0.50 hr. |
| 11/28/06 | BYRD - TELEPHONE CALL REGARDING SPECIFIC ADDITIONAL CLOSING ISSUES WITH COUNSEL IN P.M. | |
| | BARRY A. CHATZ | 0.20 hr. |
| 11/29/06 | BYRD - MEETING REGARDING CLOSING ISSUES. | |
| | BARRY A. CHATZ | 1.00 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE  
120 S. RIVERSIDE PLAZA  
SUITE 1200  
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 5

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 11/30/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING CLOSING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 12/01/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS OF CASE. | BARRY A. CHATZ | 0.20 hr. |
| 12/04/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 12/11/06 | PREPARE CHECK FOR DEPOSIT; QUICK REVIEW OF CLAIMS REGISTER; CONFERENCE WITH BARRY CHATZ REGARDING ADMINISTRATIVE CLAIMS; REVIEW GREG STERNS FEE APPLICATION AND PROPOSED ORDER REGARDING INCLUSION OF ADMINISTRATIVE CLAIM; UPDATE TRUSTEE'S STATUS REPORT | LOLA A. NESTERUK | 0.60 hr. |
| 12/11/06 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING CLOSING ISSUES. | BARRY A. CHATZ | 0.50 hr. |
| 12/18/06 | BYRD - MEMO REGARDING ASSIGNMENT OF PROCEEDS DOCUMENT SENT BY JOHN GIERUM | BARRY A. CHATZ | 0.20 hr. |
| 12/18/06 | RECONCILE MONTHLY BANKING | LOLA A. NESTERUK | 0.10 hr. |
| 12/21/06 | BYRD - ATTEND HEARING ON EXEMPTION OBJECTIONS AND FEES OF COUNSEL. | BARRY A. CHATZ | 0.30 hr. |
| 12/22/06 | REVIEW ORDER ENTERED; PREPARE TWO CHECKS TO GREG STERN REGARDING ATTORNEY COMPENSATION AND PRIORITY ADMINISTRATIVE CLAIM ; PREPARE CORRESPONDENCE REGARDING SAME | LOLA A. NESTERUK | 0.60 hr. |
| 12/26/06 | REVIEW ASSIGNMENT AND TRANSFER AGREEMENT RECEIVED FROM GREG STERN; REVIEW AND UPDATE TRUSTEE STATUS REPORT | LOLA A. NESTERUK | 0.20 hr. |
| 12/29/06 | REVIEW STATUS FOR ANNUAL REPORTING | LOLA A. NESTERUK | 0.10 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE  
120 S. RIVERSIDE PLAZA  
SUITE 1200  
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 6

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/08/07 | REVIEW DOCKET; REVISE DATES ON TCMS REGARDING CONVERTED TO CHAPTER 7 DATE AND NEW 341 DATE; DOWNLOAD SCHEDULES A,B AND C; REVIEW DOCKET FOR AMENDMENTS TO SCHEDULES; DOWNLOAD AMENDED SCHEDULE C, GREG STERN'S OBJECTION AND RELATED ORDER; REVIEW SAME | LOLA A. NESTERUK | 0.40 hr. |
| 01/17/07 | WORK ON FORMS 1 AND 2 | LOLA A. NESTERUK | 0.50 hr. |
| 01/19/07 | REVIEW SETTLEMENT STATEMENT AND ORDER AUTHORIZING SALE OF REAL PROPERTY; ENTER ALLOCATIONS ON FORM 2; REVIEW SCHEDULES A-D; ENTER ASSETS ON FORM 1; REVIEW AND REVISE FORMS; PREPARE DOCUMENTS TO SEND TO LOIS WEST TO PREPARE TAX RETURN; PREPARE FOR ANNUAL REPORTING TO UST | LOLA A. NESTERUK | 1.90 hr. |
| 02/01/07 | CALCULATE TRUSTEE'S BOND PREMIUM; PREPARE CHECK | LOLA A. NESTERUK | 0.30 hr. |
| 03/28/07 | RECONCILE MONTHLY BANK STATEMENTS | LOLA A. NESTERUK | 0.20 hr. |
| 04/19/07 | TELEPHONE CALL FROM DON HOLLINS REGARDING STATUS OF CASE | LOLA A. NESTERUK | 0.10 hr. |
| 04/20/07 | TELEPHONE CALL FROM DON HOLLINS REGARDING SURPLUS ISSUE | LOLA A. NESTERUK | 0.30 hr. |
| 04/23/07 | RECONCILE MARCH BANK STATEMENT | LOLA A. NESTERUK | 0.10 hr. |
| 08/01/07 | RECONCILE MONTHLY BANKING | LOLA A. NESTERUK | 0.10 hr. |
| 08/22/07 | RECONCILE MONTHLY BANKING | LOLA A. NESTERUK | 0.10 hr. |
| 09/05/07 | E-MAIL FROM GREG STERN REGARDING CLAIMS REVIEW; REVIEW SECURED CLAIM BY US BANK; E-MAIL TO BARRY CHATZ REGARDING SAME | LOLA A. NESTERUK | 0.40 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO IL  60606

December 14, 2007

Invoice:  771859

Page 7

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 09/05/07 | DOWNLOAD CLAIMS; REVIEW CLAIMS; IMPORT CLAIMS TO TCMS; WORK ON TCMS CLAIMS REGISTER | LOLA A. NESTERUK | 1.00 hr. |
| 09/17/07 | BYRD - TELEPHONE CALL WITH COUNSEL REGARDING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 09/25/07 | TELEPHONE CALL FROM GREG STERN REGARDING SECOND BAR DATE SET IN CASE; TELEPHONE CALL TO CLERK'S OFFICE TO SPEAK TO CASE ADMINISTRATOR, CARRINA SIMMONS REGARDING SAME | LOLA A. NESTERUK | 0.30 hr. |
| 09/27/07 | RECONCILE AUGUST BANK STATEMENT | LOLA A. NESTERUK | 0.10 hr. |
| 10/16/07 | BYRD - CONFERENCE AND E-MAILS REGARDING STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 10/16/07 | TELEPHONE CONFERENCE WITH ACCOUNTANT REGARDING PREPARING TAX RETURN; COORDINATE FORMS 1 AND 2 FOR ACCOUNTANT; E-MAIL TO GREG STERN REGARDING ATTORNEY FEES; FORWARD SAME TO ACCOUNTANT; DETERMINE TRUSTEE'S FEE | LOLA A. NESTERUK | 0.60 hr. |
| 10/17/07 | E-MAILS FROM/TO GREG STERN REGARDING COUNSEL'S FEE APPLICATION AND HEARING DATE | LOLA A. NESTERUK | 0.20 hr. |
| 10/17/07 | E-MAIL FROM ACCOUNTANT REGARDING BASIS OF PROPERTY AND LEGAL FEES; E-MAIL TO GREG STERN REGARDING LEGAL FEES; RESEARCH BASIS ON REALINFO AND COOK COUNTY RECORDER WEBSITE; E-MAIL TO LOIS WEST REGARDING SAME | LOLA A. NESTERUK | 0.30 hr. |
| 10/22/07 | BYRD - REVIEW TAX INFORMATION, EXECUTE SAME. | BARRY A. CHATZ | 0.50 hr. |
| 10/22/07 | BYRD - PREPARE LETTERS TO IRS AND IDOR REGARDING DECEMBER, 2006 TAX RETURNS. | JBMEDZIAK | 0.40 hr. |
| 10/30/07 | RECONCILE MONTHLY BANKING | LOLA A. NESTERUK | 0.10 hr. |

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

BARRY CHATZ CHAPTER 7 TRUSTEE
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO IL 60606

December 14, 2007

Invoice: 771859

Page 8

| Date | Description | Hours |
|---|---|---|
| 11/20/07 | RECONCILE MONTHLY BANKING | |
| | LOLA A. NESTERUK | 0.10 hr. |
| 12/12/07 | WORK ON TRUSTEE'S FINAL REPORT | |
| | LOLA A. NESTERUK | 1.70 hr. |
| 12/13/07 | WORK ON TRUSTEE'S FINAL REPORT | |
| | LOLA A. NESTERUK | 3.70 hr. |

## SUMMARY OF FEES

| | Hours | Rate/Hr | Amount |
|---|---|---|---|
| BARRY A. CHATZ | 10.40 | 510.00 | 4,985.50 |
| JBMEDZIAK | 0.40 | 150.00 | 60.00 |
| LOLA A. NESTERUK | 22.30 | 135.00 | 3,010.50 |
| TOTAL | 33.10 | | $8,056.00 |

Total Fees for Professional Services ................................................. 8,056.00

## TOTALS FOR THIS MATTER

Fees For Professional Services ....................................................... 8,056.00
Reimbursable Costs ......................................................................... 0.00

NET CURRENT BILLING FOR THIS MATTER ........................................ $8,056.00

**TOTAL DUE FOR THIS MATTER** ................................................. **$8,056.00**

EIN: 36-2041272