IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ALVIN B. BYRD | ) | CASE NO. 05 B 20156 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | HON. JACQUELINE P. COX |
| DEBTOR | ) | |

TO: THE HONORABLE JACQUELINE P. COX
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on May 19, 2005. This Court on July 13, 2006 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $960.00 in compensation for 4.8 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period October 17, 2007 through October 19, 2007.

3. A description of the nature of the services rendered by the Applicant is as follows:

    Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the final year ending December 31, 2006 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 4.8 | $ 200 | $ 960.00 |
| Total Due | 4.8 | | $ 960.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $960.00 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: October 23, 2007                    RESPECTFULLY SUBMITTED,

*Lois West*

Lois West

Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2207

Invoice No. 22000



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Alvin B. Byrd  (05 B 20156)
- c/o Barry A. Chatz, Trustee
- Arnstein & Lehr LLP
- 120 S. Riverside Plaza, Suite 1200
- Chicago, IL 60606-3913

Date: October 23, 2007                                  Account No.: CHA1040L

For Professional Services Rendered:

For accounting and tax services rendered for the period October 17, 2007 through October 19, 2007 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2006 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title                 | Hours | Rate   | Amount    |
|---------|-----------------------|-------|--------|-----------|
| L. West | Bankruptcy Specialist | 4.8   | $200.  | $ 960.00  |
|         | Total fees:           | 4.8   |        | $ 960.00  |

EXHIBIT A

**ESTATE OF ALVIN B. BYRD  (05 B 20156)**

**Time Sort By Date**

| Date | Description | Hours | Name |
|---|---|---|---|
| 10/17/2007 | Tax Return Preparation - Review closing statement and trustee forms 1 & 2. Research cost basis information via Cook County Recorder of Deeds. Calculate estimated basis on property based upon research. Calculate gain on sale of real estate. Prepare workpapers and federal and state fiduciary returns for year ended 12/31/06. | 3.5 | L. West |
| 10/19/2007 | Tax Return Preparation - Finalize returns for 2006. Prepare 505(b) letters, transmittal letters and forms 8821 & IL-2848. Make manual changes as required. | 1.0 | L. West |
| 10/19/2007 | Tax Review - Final review check assembly and sign federal and state fiduciary returns for 2006. | 0.3 | L. West |
| | | **Total hours  4.8** | |

EXHIBIT A