## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ALVIN B. BYRD, | ) | CASE NO. 05 B 20156 |
| | ) | |
| | ) | HON. JACQUELINE P. COX |
| Debtor. | ) | |

### TRUSTEE'S FINAL ACCOUNT AND
### APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO:  THE HONORABLE JACQUELINE P. COX
     UNITED STATES BANKRUPTCY JUDGE

Final Distribution of all monies has been made in accordance with the Order Awarding Fees and Expenses and Authorizing Abandonment of Property Pursuant to Final Report and Account, a copy of which is attached hereto as Exhibit A.

All property of the Estate has been distributed in accordance with the Final Distribution Report, a copy of which is attached hereto as Exhibit B.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

DATE:  March 16, 2009

/s/ Barry A. Chatz
TRUSTEE

Barry Chatz, Trustee
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

8379430